UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 16-14 FFM | Date | January 5, 2017 |
|---|---|---|---|

| Title | Beth Ann Kramer v. Carolyn W. Colvin, Acting Commissioner of Social Security |
|---|---|

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge |
|---|---|

| James Munoz | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On November 29, 2016, the parties requested until December 19, 2016, to file the joint stipulation required by the Court's Case Management Order (Dkt. 11). (Dkt. 18.) On November 30, 2016, the Court granted the parties' request. (Dkt. 19.)

To date, the Court has not received the parties' joint stipulation and the parties have not requested an extension of time or otherwise communicated with the Court. Therefore, the parties are ordered to show cause, in writing and within seven (7) days of the date of this Order, why sanctions should not be imposed based on the parties' failure to timely file the joint stipulation. Thereafter, the Court shall consider what sanctions, if any, are appropriate.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | JS for JM | |